IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02078-MSK-BNB

ROBERT DICKSON, individually and On Behalf of All others Similarly Situated

Plaintiff,

v.

THE SPECTRANETICS CORPORATION,
JOHN G. SCHULTE and
GUY A. CHILDS,

Defendants.
_____

**ORDER**
_____

Upon review of the parties' Status Report [Doc. # 19, filed 1/5/2009]:

IT IS ORDERED that the parties shall file a status report on the earlier of **April 15, 2009,** or within 10 days of any order addressing the issue of consolidating the related actions (as identified in the Status Report), notifying me of the status of this case and the related actions.

Dated January 5, 2009.

                                                    BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge